United States District Court
Middle District of Florida
Jacksonville Division

UNITED STATES OF AMERICA

v.                                        NO. 3:26-mj-1334-LLL

BRANDON EPHRIAM WASHINGTON

_____

### Clerk's Minutes

Proceeding:                Initial Appearance (Rule 5)

| Judge | Laura Lothman Lambert United States Magistrate Judge | Date and Time | 8/13/2026 1:07 p.m. – 1:25 p.m. |
|---|---|---|---|
| Deputy Clerk | Natasa Kojic | Tape/Reporter | Digital |
| Counsel for United States | David Mesrobian, Assistant United States Attorney | Counsel for Defendant | Austen Kane, Esquire |
| Interpreter | None Present | Pretrial | Jacob Ely |

Court requested presence of counsel for possible appointment. Austen Kane is present.

Defendant arrested on a warrant issued out of the District of Wyoming.

Defendant advised of rights and charges.

Defendant requested court appointed counsel. The defendant placed under oath and questioned regarding financial condition. Court will appoint the Office of the Federal Defender.

**Order to enter**.

Counsel for the defendant advised the Court that the defendant desires to waive his right to an identity hearing.

Defendant placed under oath and questioned regarding waiving such rights.

Waiver of Rule 5(c)(3) Hearings executed in open court.

**[Continued to Page Two]**

USA v. Washington
Case No.: 3:26-mj-1334-LLL
Page Two

_____

The Court finds that the defendant knowingly, intentionally, voluntarily, and freely waived his right to an identity hearing.

United States' oral motion for detention.

United States' oral motion to continue the detention hearing, with no objection from the defendant, is **granted.**

Detention hearing set for **Friday, August 14, 2026, at 2:30 p.m.** before United States Magistrate Judge Laura Lothman Lambert in Courtroom 5D.

**Order of Temporary Detention to enter.**