United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA**

**v.**                                                    **NO. 3:26-mj-1334-LLL**

**BRANDON EPHRIAM WASHINGTON**

_____

### Order of Temporary Detention
### Pending Hearing Pursuant to Bail Reform Act

Upon the oral motion of the United States, it is **ordered** that the detention hearing is set for **Friday, August 14, 2026, at 2:30 p.m.,** before **Laura Lothman Lambert, United States Magistrate Judge,** in **Courtroom No. 5D, Fifth Floor, 300 North Hogan Street, Jacksonville**. The defendant will be held in custody by the United States Marshals and produced for the hearing.

**Ordered** in Jacksonville, Florida on August 13, 2026.



/s/ Laura Lothman Lambert
*United States Magistrate Judge*

c:
David Mesrobian, Assistant United States Attorney
Office of the Federal Defender
U.S. Marshals Service
U.S. Pretrial Services