**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA**

**v.** **Case No. 3:26-MJ-1334-LLL**

**BRANDON EPHRIAM WASHINGTON**

---

**NOTICE OF APPEARANCE**

The Office of the Federal Defender has been appointed by the Court to represent the Defendant, **BRANDON EPHRIAM WASHINGTON,** in the above-styled cause.

The Clerk is requested to enter the appearance of Sabra M. Barnett, Assistant Federal Defender, as counsel for the Defendant. All further notices and correspondence should be directed to Sabra M. Barnett.

DATED this 17th day of August 2026.

CHARLES L. PRITCHARD, JR.
FEDERAL PUBLIC DEFENDER

*Respectfully Submitted By:*

***s/ Sabra M. Barnett***
Sabra M. Barnett
Florida Bar No. 1058792
Assistant Federal Defender
200 West Forsyth Street, Suite 1240
Jacksonville, FL 32202
Telephone: (904) 232-3039
Fax: (904) 232-1937
Email: sabra_barnett@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished by electronic notification to David Mesrobian, Assistant United States Attorney, this 17th day of August 2026.

***s/ Sabra M. Barnett***
Assistant Federal Defender